UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JEAN CAPRICE<br>Plaintiff<br><br>V.<br>CAROLYN W. COLVIN,<br>Acting Commissioner of the Social<br>Security Administration<br>Defendants | Civil Action No.<br>1:14-cv-11884 LTS |

## JUDGMENT

SOROKIN, J.

The Court hereby enters a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure reversing the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand to the Commissioner for further proceedings.

IT IS ORDERED AND ADJUDGED:

/s/ Leo T. Sorokin
UNITED STATES DISTRICT JUDGE

April 14, 2015